Submitted December 6, 1976. Richard G. Fine and Louis A. Fine, for appellant; Stephen G. Bresset, Assistant District Attorney, and Nicholas A. Barna, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 578

Commonwealth v. Brandon, Appellant.

Submitted September 22, 1976. Charles J. Fonzone, Assistant Public Defender, for appellant; Wardell F. Steigerwalt, Assistant District Attorney, and George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 578

Commonwealth v. Brown, Appellant.

Submitted June 13, 1977. Alan Rosenberg, for appellant; Deborah E. Glass and Steven H. Goldblatt, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 579

Commonwealth v. Brown, Appellant.

Submitted September 22, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 579

Commonwealth v. Burton, Appellant.